UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MCCOY,<br><br>                           Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES; JENNIFER MOREHOUSE; ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES; MARY BAKER,<br><br>                         Defendants. | Case No.: 20-CV-1890 TWR (LL)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On June 24, 2021, the Court issued an Order granting Plaintiff's Application to Proceed *in Forma Pauperis* and dismissing Plaintiff's Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). (*See* ECF No. 4 at 4–6.) At the conclusion of the June 24, 2021 Order, the Court stated:

> Plaintiff **SHALL FILE** a First Amended Complaint addressing the deficiencies identified above <u>no later than thirty (30) days from the date this Order is filed</u>. If Plaintiff fails to file a First Amended Complaint within the time provided, the Court will enter an order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. Section 1915(e)(2)(B) and her failure to prosecute in compliance with a court order requiring amendment.

(*Id*. at 7.)   On July 13, 2021, the copy of the June 24, 2021 Order that was mailed to Plaintiff's address of record was returned by the Post Office as undeliverable.  (*See* ECF No. 5.)  The docket reflects that Plaintiff has failed to respond to the June 24, 2021 Order or to apprise the Court of her current address.  (*See generally* Docket.)

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and Civil Local Rules 41.1(b) and 83.11(b), the Court **DISMISSES WITHOUT PREJUDICE** this action for failure to prosecute and failure to comply with the Court's June 24, 2021 Order.  The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  September 15, 2021

_____
Honorable Todd W. Robinson
United States District Court